UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-cv-191-MOC-DCK

| | |
|---|---|
| FATIHAA CARROLL, ) | |
| ) | |
| Plaintiff, pro se, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| TYSON FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the following motions filed by pro se Plaintiff Fatihaa Carroll: Motion for Entry of Default, (Doc. No. 20); Motion for Default Judgment, (Doc. No. 22); and Motion for Summary Judgment, Motion to Strike Response in Opposition to Motion for Default Judgment, (Doc. No. 28).

Also pending is a Motion to Dismiss the Original Complaint, filed by Defendant Tyson Foods, Inc. (Doc. No. 24).

As ordered by the Court, Plaintiff filed an Amended Complaint on August 4, 2025. (Doc. No. 30). Because Plaintiff has filed an Amended Complaint, Defendant's pending motion to dismiss the Original Complaint is moot. See Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001) ("The general rule ... is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect."); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motions to dismiss original complaint on grounds that amended complaint superseded original complaint).

1

.

Moreover, Defendant has answered or otherwise pled. Therefore, Plaintiff's Motions for Entry of Default, (Doc. No. 20), and Motion for Default Judgment, (Doc. No. 22); are also **DENIED** as **MOOT**. Plaintiff's Motion for Summary Judgment and Motion to Strike have also been rendered moot.

**IT IS THEREFORE ORDERED** that:

The Motion for Entry of Default, (Doc. No. 20); Motion for Default Judgment, (Doc. No. 22); Motion for Summary Judgment, Motion to Strike Response in Opposition to Motion, (Doc. No. 28), and the Motion to Dismiss the Original Complaint, filed by Defendant Tyson Foods, Inc., (Doc. No. 24), are all **DENIED**.

**IT IS SO ORDERED**.

Signed: August 8, 2025

Max O. Cogburn Jr.
United States District Judge